**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| MARQUAVIOUS GARNER,<br><br>Plaintiff,<br><br>v.<br><br>CHAD YOUNKER, ET AL.,<br><br>Defendants. | ) | Civil No. 3:26-cv-63<br>Judge Trauger |

**ORDER**

On July 29, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Class Certification and Appointment of Counsel (Doc. No. 21) and Emergency Motion for Preliminary Injunction (Doc. No. 20) are DENIED.

This case is returned to the Magistrate Judge for further handling under the original referral order.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE